# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, J.P. LISIECKI**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## ANGELORAUL R. CASA
## AVIATION SUPPORT EQUIPMENT TECHNICIAN FIRST CLASS (E-6),
## U.S. NAVY

### NMCCA 201400075
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 8 November 2013.
**Military Judge**: CDR Lewis T. Booker, Jr., JAGC, USN.
**Convening Authority**: Commanding Officer, USS JOHN C. STENNIS (CVN 74).
**Staff Judge Advocate's Recommendation**: LCDR Clifton Hutchinson, JAGC, USN.
**For Appellant**: Capt David A. Peters, USMC.
**For Appellee**: Mr. Brian K. Keller, Esq.

### 8 May 2014

---------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court